Mary Jankowski, Administratrix of Estate of Frank Jankowski, Deceased, for use of Clyde Hollaris, Minor, by Albert Hollaris, Guardian, Appellant, v. General Accident Fire and Life Assurance Corporation, Ltd., Appellee.

Gen. No. 41,504.

Heard in second division, first district, this court at October term, 1940; opinion filed June 19, 1942. William A. Shapiro and Krohn & MacDonald, for appellant; Stuart B. Krohn and Ian P. MacDonald, of counsel; John A. Bloomingston and Arthur J. Donovan, for appellee. Opinion by PRESIDING JUSTICE SCANLAN. "Not to be published in full."